## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER

*Petitioner*

v.

Case No. 21-cv-02093RBW

GARY GENSLER, SEC CHAIRMAN

U.S. SECURITIES & EXCHANGE COMMISSION

*Respondents*

<u>PETITION FOR WRIT OF MANDAMUS</u>

**Affidavits of Service for Summons Attached**

**Certificate of Service**

I hereby certify on this 17th day of September 2021; I mailed by Federal Express the Affidavit of Process Server for Summons to Gary Gensler, Securities and Exchange Commission Chairman, U.S. Securities and Exchange Commission with Clerk of Court, U.S. District Court of the District of Columbia and the Affidavit of Process Server to U.S. Attorney for United States District Court of the District of Columbia with the Clerk of Court of the United States District Court of the District of Columbia, for the subject Writ of Mandamus, Case Number 21-cv-02093 RBW, for filing in the Court Docket, since Petitioner is Pro Se, without access to ECF Docket Entries.

Sincerely,

Susan Seltzer
Pro Se
Petitioner

RECEIVED Mail Room
SEP 20 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Susan Seltzer**

    Plaintiff(s),

VS.

**Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission**

    Defendant(s).

Attorney: NONE

Susan Seltzer
141 Martingale Ln.
Edwards CO 81632

*269518*

**Case Number: 1:21-cv-02093-RBW**

Legal documents received by Same Day Process Service, Inc. on **09/14/2021** at **12:23 PM** to be served upon **Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission at 100 F St., NE, Washington, DC 20549**

I, **Brandon Snesko**, swear and affirm that on **September 15, 2021** at **10:44 AM**, I did the following:

Served **Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission** by delivering a conformed copy of the **Summons in a Civil Action; Petition for Writ of Mandamus; Civil Cover Sheet; Exhibits** to **James Moreland** as **Authorized Agent** of Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission at 100 F St., NE , Washington, DC 20549.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.



**Brandon Snesko**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:269518



RECEIVED
Mail Room

SEP 2 0 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Susan Seltzer**

        Plaintiff(s),

VS.

**Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission**

        Defendant(s).

Attorney: NONE

Susan Seltzer
141 Martingale Ln.
Edwards CO 81632



*269519*

**Case Number: 1:21-cv-02093-RBW**

Legal documents received by Same Day Process Service, Inc. on **09/14/2021** at **12:25 PM** to be served upon U.S. Attorney for the District of Columbia at 501 3rd St., NW, 4th Fl., Washington, DC 20001

I, **Patrick Wilson**, swear and affirm that on **September 14, 2021** at **3:55 PM**, I did the following:

Served U.S. Attorney for the District of Columbia by delivering a conformed copy of the Summons in a Civil Action; Petition for Writ of Mandamus; Civil Cover Sheet; Exhibits to James Paxton as Paralegal & Authorized Agent of U.S. Attorney for the District of Columbia at 501 3rd St., NW, 4th Fl., Washington, DC 20001.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: Sitting Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Patrick Wilson**
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:269519





RECEIVED
Mail Room

SEP 2 0 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia