## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER

*Petitioner*                                                    *Case No.*  21-cv-02093RBW

v.

GARY GENSLER, SEC CHAIRMAN                    PETITION FOR WRIT OF MANDAMUS

U.S. SECURITIES & EXCHANGE COMMISSION

*Respondents*

### Affidavit by Process Server for Service of Summons, US Attorney of the District Court of District of Columbia Attached

### Certificate of Service

I hereby certify on this 21st day of October 2021; I mailed by Federal Express the

the attached Affidavit of Process Server's Service of Summons to U.S. Attorney of the District

Court of District of Columbia for filing with Clerk of Court of  the United States District Court

of the District of Columbia for the subject Writ of Mandamus, Case Number 21-cv-02093 RBW.

Sincerely,

Susan Seltzer
Pro Se, Petitioner

Sent by Federal Express on October 21, 2021, to:

**Clerk of Court**
    United States District Court of the District of Columbia
    333 Constitution Avenue N.W.
    Washington D.C. 20001
    Room 1225

    Clerk's Office (Main): (202) 354-3000



RECEIVED
Mail Room

OCT 26 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

Susan Seltzer

        Plaintiff(s),

VS.

Gary Gensler, SEC Chairman, U.S. Securities & Exchange Commission

        Defendant(s).

Attorney: NONE

Susan Seltzer
141 Martingale Ln.
Edwards CO 81632



*270661*

**Case Number: 1:21-cv-02093-RBW**

Legal documents received by Same Day Process Service, Inc. on **10/15/2021** at **5:08 PM** to be served upon US Attorney for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20001

I, **Sydney Holtzapple**, swear and affirm that on **October 18, 2021** at **2:43 PM**, I did the following:

Served **US Attorney for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Petition for Writ of Mandamus; Civil Cover Sheet; Exhibits** to **Reginald Rowan** as **Legal Administrative Specialist & Authorized Agent** at **501 3rd St., NW, 4th Fl. , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: Sitting Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Sydney Holtzapple
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:270661

