UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN SELTZER,

    Petitioner,

      v.

GARY GENSLER, *et al.*,

    Respondents.

Civil Action No. 21-2093 (JMC)

## ORDER

In response to Petitioner Susan Seltzer's Petition for a Writ of Mandamus, Respondents Gary Gensler and the U.S. Securities & Exchange Commission have filed a Motion to Dismiss (ECF No. 14). Because consideration of Respondents' Motion could dispose of this case, Petitioner, proceeding *pro se*, is advised of the following:

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. Petitioner's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Accordingly, it is

**ORDERED** that Petitioner shall respond to Respondents' Motion by January 19, 2022. If Petitioner does not respond by that date the Court may treat the Motion as conceded and the Petition may be dismissed.

                                                                           _____  
                                                                           JIA M. COBB  
                                                                           United States District Judge

Date:  December 22, 2021