AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Susan Seltzer, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02093-JMC |
| Gary Gensler, Chairman, SEC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents Gary Gensler and the Securities and Exchange Commission.

Date: 02/02/2022

/s/Thomas J. Karr
*Attorney's signature*

Thomas J. Karr, DC Bar #426340
*Printed name and bar number*
Office of the General Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
*Address*

karrt@sec.gov
*E-mail address*

(202) 551-5163
*Telephone number*

(202) 772-9263
*FAX number*