June 20, 2018

Richard W. Berry
FINRA Director of Arbitration
Via: DR Portal

Dear Mr. Berry,

I am a Claimant in FINRA Case 17-01857 and am writing you today to request you intervene in this Arbitration.

Accommodations for a hearing disability is a non-issue in virtually all other forums; however Respondents have used this request to continue to make false statements to prejudice the Panel. The Panel has refused to address Respondent's false statements and made no accommodations to accomplish the goals of the American's with Disabilities Act (ADA.)

Courtrooms in Colorado, and every other jurisdiction, make the necessary accommodations in the manner that is both the least burdensome on the individual and least intrusive on the proceeding to insure that everyone can fully participate in the process. If FINRA is to be the public's avenue for addressing problems with the financial industry similar safeguards must be put in place immediately.

Susan Seltzer, the Co-Claimant, has a hearing disability. As soon as the Respondent introduced the possibility of witnesses participating via a "speaker-phone" Claimants contacted the Respondent, FINRA staff and the Panel to inquire about alternatives to telephonic witnesses. The Panel requested confirmation from Mrs. Seltzer's physician be provided by June 22nd and this was provided. Subsequently the Panel deemed no accommodations were to be made.

As a regulating entity FINRA takes the necessary steps that accreditation testing and continuing education are delivered in a manner that takes the steps that everyone can participate. And, as an employer I am sure that reasonable accommodations are made for FINRA employees. The Respondent, US Bank/USBI, takes similar steps for their employees and customers, why are they actively opposing this now?

The Panel has not demonstrated impartiality, thereby preventing Claimants' rights to a fair and just hearing, and should be asked to step down.

Sincerely,

*Jon Seltzer*

Jon Seltzer

Attachments – Exhibit A Hearing Accommodations June 19, 2018