# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN SELTZER,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY GENSLER, *et al.*,<br><br>        Defendants. | Civil Action No. 1:21-cv-02093 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF 14, is **GRANTED**, and this case is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                                                                 _____
                                                                                                 JIA M. COBB
                                                                                                 United States District Judge

Date: March 25, 2024