No. 1:21-cv-02093JMC

## UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

**SUSAN SELTZER**

*Petitioner.*

v.                                                    Petition for Writ of Mandamus

                                                                    1:21-cv-02093

**GARY GENSLER**

Chair, Securities and Exchange Commission

*Defendant.*

### PROPOSED ORDER

In accordance with the foregoing Motion for Reconsideration of Writ of Mandamus, 1:21-cv-02093JMC, it is hereby Ordered, the Motion is GRANTED.

                                                 Respectfully submitted,

DATED:

                                             /s/_____

                                             The Honorable Judge Jia Cobb
                                             United States District Court for the District of Columbia